IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LAURIE FLANAGIN, | |
|---|---|
| Plaintiff, | **8:20CV187** |
| vs. | |
| C.J. FOODS, INC., | **ORDER** |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation of Dismissal with prejudice (Filing No. 22). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

Dated this 25th day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge